Arthur G. Elliott, appellant, v. Blanche Elliott, appellee. Gen. No. 29,448.

Action for divorce. Judgment for the defendant. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in the third division of this court for the first

district at the October term, 1924. Affirmed. Opinion filed June 17, 1925.

Charles E. Selleck and J. Willis Dix, for appellant. Hoover & Cody, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.